# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BETTY COX,

        Plaintiff,        :        Case No. 3:11-cv-365

  -vs-

                Judge Thomas M. Rose
                Magistrate Judge Michael J. Newman

CVS PHARMACY, INC. *et. al.,*

        Defendants.       :

## ORDER

Plaintiff's counsel is advised that the Notice of Substitution of Trial Attorney filed on May 22, 2012 (doc. 14) is deficient in that the Local Rules require both Mr. Bissonnette and Ms. Magenheim to sign the Notice. *See* S.D. Ohio L.R. 83.4(c)(1).  Accordingly, the Notice is **STRICKEN.**

Plaintiff's counsel is provided with **TEN DAYS** in which to file an Amended Notice of Substitution with signature blocks for, and signatures by, both Mr. Bissonnette and Ms. Magenheim.  In the same **TEN DAY** period, Mr. Bissonnette shall file a Notice of Appearance with the Court setting forth his appropriate contact information.

Mr. Bissonnette is **ADVISED** that he will not be listed as the Trial Attorney in the case, and provided with CM/ECF notifications in this case, until and unless he files the Amended Notice of Substitution of Counsel and a Notice of Appearance.

May 23, 2012                                                s/**Michael J. Newman**
                                                         United States Magistrate Judge