UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BETTY COX,<br><br>        Plaintiff,<br><br>   v.<br><br>CVS PHARMACY, INC., PHARMACARE MANAGEMENT SERVICES LLC, CVS CAREMARK, and OHIO CVS STORES, LLC,<br><br>        Defendants. | Civil Action No. 3:11-cv-00365-TMR |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Betty Cox, by counsel, and Defendants, CVS Pharmacy, Inc., Caremark PhC, L.L.C. (f/k/a/ Pharmacare Management Services L.L.C.), CVS Caremark Corporation (incorrectly named herein as "CVS Caremark"), and Ohio CVS Stores, L.L.C., by counsel, having tendered their Stipulation of Dismissal with Prejudice, and the Court having examined the same and being duly advised, now finds that the Stipulation of Dismissal should be approved.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint against Defendants is hereby dismissed with prejudice.

Date: August 30, 2012

s/Thomas M. Rose
Judge, United States District Court
Southern District of Ohio
Western Division

DISTRIBUTION:

Robert F. Seidler
robert.seidler@ogletreedeakins.com

Brett R. Bissonnette
brb@hochmanplunkett.com


13063903.1 (OGLETREE)